NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

SEP 24 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FRANK VALLES,

Plaintiff - Appellant,

v.

GAVIN NEWSOM; MARTIN
GAMBOA; S. GATES; J.
NASH; KRAMER; JEFF
MACOMBER; CALIFORNIA STATE
WATER RESOURCES CONTROL
BOARD,

Defendants - Appellees.

No. 25-277

D.C. No.
1:24-cv-00379-JLT-BAM

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted September 17, 2025[**]

Before:    SILVERMAN, OWENS, and BRESS, Circuit Judges.

California state prisoner Frank Valles appeals pro se from the district court's

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

judgment dismissing his 42 U.S.C. § 1983 action alleging Eighth Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012). We affirm.

The district court properly dismissed Valles's action because Valles failed to allege facts sufficient to state any plausible claim. *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (holding that to establish Eighth Amendment liability, a plaintiff must show that the defendant knew of and disregarded a substantial risk of serious harm); *Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (explaining that although pro se pleadings are to be construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

**AFFIRMED.**